UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAFIA LAWAL, on behalf of herself and all
others similarly situated,

                                  Plaintiff,               23-CV-2056 (VSB)

                            -against-                  **ORDER**

SPEACH FAMILY CANDY SHOPPE, INC,

                              Defendant.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on March 10, 2023, (Doc. 1), and filed an affidavit of service on March 29, 2023, (Doc. 7). Plaintiff then filed an amended complaint on March 30, 2023. (Doc. 9.) The deadline for Defendant to respond to Plaintiff's amended complaint was April 13, 2023. Fed. R. Civ. P. 15(a)(3). To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 27, 2023. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 12, 2023
              New York, New York

                                                                   VERNON S. BRODERICK
                                                                   United States District Judge