```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
RAFIA LAWAL, on behalf of herself and                      :
all others similarly situated,                             :
                                                           :
                              Plaintiff,                   :        23-CV-2056 (VSB)
                                                           :
              -against-                                    :             ORDER
                                                           :
SPEACH FAMILY CANDY SHOPPE, INC,                           :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 28, 2023, I directed parties to file a joint letter and proposed case management plan. (Doc. 22.) Parties have now indicated that they are unable to agree on deadlines for discovery as Defendant proposes that discovery should not begin until after my ruling on a forthcoming motion for judgment on the pleadings. (Doc. 23 at 2.) Parties also disagree on what, if any, alternative dispute resolution mechanism is appropriate in this case. (*Compare* Doc. 24 at 3 *with* Doc. 25 at 3.)

Discovery is only properly stayed upon a showing of good cause. *Nielsen Co. (US) LLC v. TVSquared LTD*, No. 23-CV-1581 (VSB), 2023 WL 4363005, at *1 (S.D.N.Y. July 6, 2023). If Defendant seeks a stay of discovery, the proper course is to move for that relief. Accordingly, parties shall meet, confer, and propose a briefing schedule for the proposed motions to stay discovery, for judgment on the pleadings, and for any other relief the parties believe is appropriate at this stage of the action.

The parties shall submit a joint letter setting out this schedule by August 10, 2023. Given the unsettled state of this action, I shall not enter a case management order at this time.

SO ORDERED.

Dated: August 4, 2023
      New York, New York

Vernon S. Broderick
United States District Judge